IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BUSINESS HEALTH SOLUTIONS, P.C., )<br>on behalf of plaintiff and )<br>the class members defined herein, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INSIGHT CONSULTING GROUP, LLC, )<br>and JOHN DOES 1-10, )<br>)<br>Defendants. ) | Case No. 20 cv 05760<br><br>Honorable Steven C. Seeger |

## NOTICE OF SETTLEMENT

Plaintiff, Business Health Solutions, P.C., through its attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement in principle, which will resolve the case on an individual, non-class basis. Plaintiff expects the parties to complete the settlement within the next 45 days and file a Stipulation to Dismiss with prejudice. Plaintiff respectfully requests that this Court strike all pending dates.

Counsel for Defendant Insight Consulting Group, LLC consents to this filing.

Respectfully submitted,

/s/*Dulijaza Clark*
Dulijaza Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
P: 312-739-4200 / F:312-419-0379
E-mail for Service:
courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

   I, Dulijaza Clark, hereby certify that on March 31, 2021, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

                 /s/*Dulijaza Clark*
                 Dulijaza Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER**
**& GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com