## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Business Health Solutions, P.C.

                                    Plaintiff,

v.                                                        Case No.: 1:20−cv−05760

                                                                             Honorable Steven C. Seeger

Insight Consulting Group, LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 7, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Notice of Settlement (Dckt. No. [16]), which reported that the parties have reached a settlement in principle. In light of that representation, the claims by Plaintiff Business Health Solutions, PC are hereby dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice unless the parties seek and obtain relief from the Court by May 28, 2021. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.