IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BUSINESS HEALTH SOLUTIONS, P.C., on behalf of plaintiff and the class members defined herein, | ) ) ) ) |
| Plaintiffs, | ) Case No. 20 cv 05760 ) |
| v. | ) ) ) Honorable Steven C. Seeger |
| INSIGHT CONSULTING GROUP, LLC, and JOHN DOES 1-10, | ) ) ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

Plaintiff Business Health Solutions, P.C. and Defendant Insight Consulting Group, LLC ("Defendant") by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Business Health Solutions, P.C.'s individual claims against Defendant with prejudice and without costs. Plaintiff Business Health Solutions, P.C.'s class claims against Defendant are dismissed without prejudice and without costs. Plaintiff's claims against John Does 1-10 are dismissed without prejudice and without costs. This stipulation of dismissal disposes of the entire action.

Dated: May 26th, 2021

Respectfully submitted,

| BUSINESS HEALTH SOLUTIONS, P.C. | INSIGHT CONSULTING GROUP, LLC |
|---|---|
| /s/ Daniel A. Edelman | /s/ David Poell |
| Daniel A. Edelman | David Poell |
| Dulijaza (Julie) Clark | SheppardMullin |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | 70 W. Monroe Street 48th Floor |
| 20 S. Clark Street, Suite 1500 | Chicago, IL 60602 |
| Chicago, IL 60603 | P: (312) 499-6300 |
| P: (312) 739-4200 | |

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edeleman, hereby certify that on May 26, 2021, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

/s/*Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com